

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>                  Plaintiff,<br><br>vs.<br><br>MONTANA STATE UNIVERSITY, DR. WADED CRUZADO, DR. ROBERT MOKWA, JYL SHAFFER, JAMES SLETTEN, AND KATHARINE KUJAWA, employees of Montana State University, sued in his or her official and unofficial capacity, jointly and severally,<br><br>                  Defendants. | No. CV-17-15-BU-SEH<br><br>**ORDER** |

      Plaintiff has moved for the admission of Jesse R. Binnall[1] and Louise T. Gitcheva[2] pro hac vice with Matthew G. Monforton of Monforton Law Offices,

---

    [1] Doc. 4.

    [2] Doc. 5.

PLLC, Bozeman, Montana, to act as local counsel. Neither application complied with L.R. 83.1(d)(3).

ORDERED:

The separate motions for admission of Binnall[3] and Gitcheva[4] pro hac vice are DENIED without prejudice to renewal.

DATED this 24th day of May, 2017.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[3] Doc. 4.

[4] Doc. 5.