**FILED**

JUN 0 6 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>                  Plaintiff,<br><br>vs.<br><br>MONTANA STATE UNIVERSITY, DR. WADED CURZADO, DR. ROBERT MOKWA, JYL SHAFFER, JAMES SLETTEN, AND KATHARINE KUJAWA, employees of Montana State University, sued in his or her official and individual capacity, jointly and severally,<br><br>                  Defendants. | No. CV 17-15-BU-SEH<br><br>ORDER |

Plaintiff has moved for admission of Jesse R. Binnall, Esq. to practice before this Court in this case pro hac vice with Matthew G. Monforton, Esq., of Monforton Law Offices, PLLC, Bozeman, Montana, to act as local counsel.

Binnall's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Plaintiff's motion to allow Binnall to appear on its behalf[1] is GRANTED on the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel with Binnall;

2. Binnall must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Local counsel shall also sign all such pleadings, motions and briefs, and other documents served or filed; and

4. Admission is personal to Binnall; it is not an admission of the Harvey & Binnall, PLLC law firm.

FURTHER ORDERED:

This Order will be withdrawn unless Binnall, within fifteen (15) days from the date of this Order, files an acknowledgment and acceptance of his admission

---

[1] Doc. 9.

under the terms set forth above.

DATED this 6th day of June, 2017.

*[signature: Sam E. Haddon]*

SAM E. HADDON
United States District Judge