
FILED
JUN 1 2 2017
Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>vs.<br><br>MONTANA STATE UNIVERSITY, DR. WADED CURZADO, DR. ROBERT MOKWA, JYL SHAFFER, JAMES SLETTEN, AND KATHARINE KUJAWA, employees of Montana State University, sued in his or her official and individual capacity, jointly and severally,<br><br>Defendants. | No. CV 17-15-BU-SEH<br><br>ORDER |

Plaintiff John Doe has moved for admission of Louise T. Gitcheva, Esq. to appear pro hac vice in this case with Matthew G. Monforton, Esq. of Monforton Law Offices, PLLC, Bozeman, Montana, to act as local counsel. Gitcheva's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Plaintiff's Unopposed Motion for Pro Hac Vice of Louise Gitcheva[1] is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must serve as either lead or co-lead counsel;

2. Either Jesse R. Binnall, Esq. or Gitcheva, but not both, may act as co-lead counsel with Monforton;

3. Gitcheva must do her own work. She must do her own writing, sign her own pleadings, motions and briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before this Court;

4. Local counsel must also sign all such pleadings, motions, briefs, and other documents served or filed.

5. Admission is personal to Gitcheva; it is not an admission of her law firm.

FURTHER ORDERED:

This Order will be withdrawn unless Gitcheva, within fifteen (15) days of the date of this Order, files an acknowledgment and acceptance of his admission under the terms set forth above.

---

[1] Doc. 13.

DATED this 12th day of June, 2017.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge