FILED

AUG 04 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MONTANA STATE UNIVERSITY, DR. WADED CURZADO, DR. ROBERT MOKWA, JYL SHAFFER, JAMES SLETTEN, AND KATHARINE KUJAWA, employees of Montana State University, sued in his or her official and individual capacity, jointly and severally,<br><br>　　　　　　　　Defendants. | No. CV 17-15-BU-SEH<br><br>**ORDER** |

The Court ordered the filing of preliminary pretrial statements from each party by Court Order of June 1, 2017.[1]

---

[1] Doc. 8.

Plaintiff and Defendants each filed a preliminary pretrial statement on July 27, 2017.[2] Neither parties' preliminary pretrial statement addresses Fed. R. Civ. P. 26(a)(1)(A)(ii) as required by the Court's Order of June 1, 2017.

ORDERED:

Plaintiff and Defendants shall each file a supplemental preliminary pretrial statement addressing the matters in Fed. R. Civ. P. 26(a)(1)(A)(ii) on or before August 7, 2017.

FURTHER ORDERED:

The preliminary pretrial conference set for August 7, 2017 is VACATED and RESET for August 8, 2017, at 2:30 p.m.

DATED this 4th day of August, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 19 (Defendants); Doc. 22 (Plaintiff).