FILED

NOV 20 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>vs.<br><br>MONTANA STATE UNIVERSITY, DR. ROBERT MOKWA, JYL SHAFFER, JAMES SLETTEN, AND KATHARINE KUJAWA, employees of Montana State University, sued in his or her official and individual capacity, jointly and severally,<br><br>Defendants. | No. CV 17-15-BU-SEH<br><br>**ORDER** |

Upon the record made in open court, on November 20, 2017, in Helena, Montana,

ORDERED

Witness Jane Roe's Motion to Intervene for the Limited Purpose of

Requesting a Protective Order to Protect Witness' Identity[1] is DENIED.

DATED this 20th day of November, 2017.

*signature*

SAM E. HADDON
United States District Judge

---

[1] Doc. 29.