FILED

JAN 0 5 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>                Plaintiff,<br><br>vs.<br><br>MONTANA STATE UNIVERSITY, DR. ROBERT MOKWA, JYL SHAFFER, JAMES SLETTEN, AND KATHARINE KUJAWA, employees of Montana State University, sued in his or her official and individual capacity, jointly and severally,<br><br>                Defendants. | No. CV 17-15-BU-SEH<br><br>ORDER |

On December 20, 2017, Plaintiff filed Docket No. 44, Plaintiff's Unopposed Motion for Leave to File Third Amended Complaint. The amended pleading was attached as an exhibit to the memorandum in support of the motion.[1] The motion was granted on December 26, 2017.[2]

---

[1] Doc. 45-1.

[2] Doc. 49.

ORDERED:

Plaintiff is directed forthwith to prepare, file, serve upon Defendants and provide proof of service of the Third Amended Complaint. *See* L.R. 15.1.

DATED this 5th day of January, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge