# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

FILED
JAN 0 8 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| ERIK POWELL,<br><br>                Plaintiff,<br><br>vs.<br><br>MONTANA STATE UNIVERSITY, DR. ROBERT MOKWA, JYL SHAFFER, JAMES SLETTEN, AND KATHARINE KUJAWA, employees of Montana State University, sued in his or her official and individual capacity, jointly and severally,<br><br>                Defendants. | No. CV 17-15-BU-SEH<br><br>ORDER |

Plaintiff's Unopposed Motion for Leave to Withdraw the Application for *Pro Hac Vice* Admission of Sarah E. York[1] is GRANTED.

ORDERED:

Plaintiff's Unopposed Motion for Pro Hac Vice of Sarah E. York[2] is

---

[1] Doc. 53.

[2] Doc. 47.

WITHDRAWN.

DATED this 8th day of January, 2018.

／s／ Sam E. Haddon
SAM E. HADDON
United States District Judge