# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

FILED

JAN 19 2018

Clerk, U.S. District Court
District Of Montana
Helena

ERIK POWELL,

Plaintiff,

vs.

MONTANA STATE UNIVERSITY, DR. ROBERT MOKWA, JYL SHAFFER, JAMES SLETTEN, AND KATHARINE KUJAWA, employees of Montana State University, sued in his or her official and individual capacity, jointly and severally,

Defendants.

No. CV 17-15-BU-SEH

ORDER

Defendants have moved for summary judgment. Nothing in the motion indicates compliance with L.R. 7.1(c)(1).

ORDERED:

Defendants' Motion for Summary Judgment [1] is DENIED without prejudice for failure to comply with L.R. 7.1(c)(1). Defendants may resubmit the motion

---

[1] Doc. 60.

and supporting documents in proper form.

DATED this 19th day of January, 2018.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge