**FILED**

FEB 28 2018

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| ERIK POWELL,<br><br>                          Plaintiff,<br><br>vs.<br><br>MONTANA STATE UNIVERSITY, DR. ROBERT MOKWA, JYL SHAFFER, JAMES SLETTEN, AND KATHARINE KUJAWA, employees of Montana State University, sued in his or her official and individual capacity, jointly and severally,<br><br>                        Defendants. | No. CV 17-15-BU-SEH<br><br>**ORDER** |

On January 4, 2018, Defendants' Motion to Compel Discovery[1] was filed with the Court.

On February 26, 2018, a Joint Status Report to the Court Regarding

---

[1] Doc. 51.

Discovery[2] was filed with the Court. In the report, the parties indicated that "Defendants have received documents requested from Plaintiff and have no outstanding issues for the Court to decide pursuant to its earlier filed Motion to Compel."[3]

ORDERED:

Defendants' Motion to Compel Discovery[4] is DENIED AS MOOT.

DATED this 28th day of February, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 79.

[3] Doc. 79 at 2.

[4] Doc. 51.