FILED

MAR 23 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| ERIK POWELL,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MONTANA STATE UNIVERSITY, DR. ROBERT MOKWA, JYL SHAFFER, JAMES SLETTEN, AND KATHARINE KUJAWA, employees of Montana State University, sued in his or her official and individual capacity, jointly and severally,<br><br>　　　　　　　Defendants. | No. CV 17-15-BU-SEH<br><br>ORDER |

Pending before the Court are: Plaintiff's Motion to Compel[1] and Defendants' Motion for In-Camera Inspection of Disputed Discovery Items ("Motion for *In Camera* Inspection").[2] Defendants' motion states their objection

---

[1] Doc. 40.

[2] Doc. 76.

"to production of (1) Jyl Shaffer's Declaration of Net Worth; (2) the '360°' Review of Jyl Shaffer; and (3) communications related to private medical issues of a non-party."[3]

The Court conducted three separate telephone conferences with counsel related to the motions on January 29, 2018, February 5, 2018, and February 20, 2018.[4]

On February 26, 2018, the parties filed a Joint Status Report to the Court Regarding Discovery ("Joint Status Report"),[5] which: (1) reported that all issues relating to Defendant's earlier motion to compel were resolved; and (2) addressed other discovery issues (paragraphs 2(a)-(f)).

It appears from the Joint Status Report that the outstanding discovery issues raised by Docket Numbers 40 and 79 and addressed in paragraphs 2(a)-(f) of the Status Report are resolved and have been or will be provided as represented in the report, except for the three documents identified in the Motion for *In Camera* Inspection.

---

[3] Doc. 76 at 2.

[4] Docs. 40 and 76.

[5] Doc. 79.

ORDERED:

1. Defendants' Motion for *In Camera* Inspection[6] is DENIED as Moot.

2. The Court has received and reviewed, *in camera*, the Declaration of Jyl Shaffer regarding net worth, the "360°" Review of Jyl Shaffer, and the communications with non-party Myka Perry regarding healthcare issues.

3. Production of the three items identified in paragraph 2 above is DENIED without prejudice. Plaintiff may renew requests for production of these items on or before March 30, 2018, at 4:45 p.m. upon a demonstration of good cause, including a showing that the documents are, or are reasonably expected to constitute, or to lead to the production of evidence admissible at trial.

4. Plaintiff's Motion to Compel[7] is DENIED without prejudice to renewal of any particular request on or before March 30, 2018, at 4:45 p.m. upon demonstration of good cause, including satisfaction of the requirements outlined in paragraph 3 above.

Any renewed request by Plaintiff shall identify with particularity each document or item sought and shall be accompanied by a brief setting forth the

---

[6] Doc. 76.

[7] Doc. 40.

particular reason or reasons why production of the document or item is deemed necessary and appropriate. Defendants may file a response brief on or before April 6, 2018, at 4:45 p.m.

DATED this 23rd day of March, 2018.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge