IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED

MAR 27 2018

Clerk, U.S. District Court
District Of Montana
Helena

|  |  |
|---|---|
| ERIK POWELL,<br><br>                Plaintiff,<br><br>vs.<br><br>MONTANA STATE UNIVERSITY, DR. ROBERT MOKWA, JYL SHAFFER, JAMES SLETTEN, AND KATHARINE KUJAWA, employees of Montana State University, sued in his or her official and individual capacity, jointly and severally,<br><br>                Defendants. | No. CV 17-15-BU-SEH<br><br>ORDER |

Pending before the Court is Defendants' Unopposed Motion to File Exhibit Under Seal,[1]

ORDERED:

1. Defendants' Unopposed Motion to File Exhibit Under Seal[2] is

---

[1] Doc. 91.

[2] Doc. 91.

GRANTED subject to the terms, conditions and limitations in paragraph 2 of this Order.

2. The parties are apprised that if the document filed under seal as permitted in paragraph 1 above is considered by the Court or is relied upon by any party in addressing or resolving any issue now pending before the Court in this case or that is hereinafter presented to the Court for resolution, the entirety of the content of such document will be made public contemporaneously with the Court's ruling on the issue.

DATED this 27th day of March, 2018.

SAM E. HADDON
United States District Judge