Matthew G. Monforton (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone: (406) 570-2949
Facsimile: (406) 551-6919
E-mail: matthewmonforton@yahoo.com

Jesse R. Binnall
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, Virginia 22314
Telephone: (703) 888-1943
Facsimile:  (703) 888-1930
E-mail: jbinnall@harveybinnall.com
Admitted *pro hac vice*

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| **ERIK POWELL,**<br>  Plaintiff, | |
| v. | Civil Action No.2:17-cv-15-SEH |
| **MONTANA STATE UNIVERSITY, DR. ROBERT MOKWA, and JYL SHAFFER,** *employees of Montana State University, sued in their official capacity,*<br>  **Defendants.** | **PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE NOVEMBER 29, 2018 HEARING** |

Plaintiff Erik Powell moves this Court to continue the hearing set for 10:00 a.m. on November 29, 2018. Counsel for the parties have consulted about this motion; both parties agree to the proposed continuance. In support of his motion, Mr. Powell states the following:

1. Lead counsel for Mr. Powell has two previously scheduled obligations that conflict with the scheduled hearing date. On November 28, 2018 at 1:00 p.m. he is obligated to be in Blacksburg, Virginia for a school disciplinary hearing. On November 30, 2018, at 10:00 a.m. He is obligated to argue a motion at the United States District Court for the Eastern District of Virginia, Alexandria Division.

2. Each of these previously scheduled obligations independently conflict with the hearing date and time currently set for the hearings on Plaintiff's Motion for Summary Judgment[1] and Defendants' Motion for Partial Summary Judgment.[2] No commercial flights would allow counsel to attend either of these prior commitments and also attend the hearing in this case.

3. Counsel for the parties have consulted as to available dates. All counsel are available on December 17, 2018. If that date is not the

---

[1] Doc. 114
[2] Doc. 119

1

Court, counsel are also available on December 12, 2018, December 18, 2018, and December 19, 2018.

WHEREFORE, Plaintiff Erik Powell moves this Court to continue the hearing set for November 29, 2018 and reset it for Monday, December 17, 2018 or such other date that is available to the Court and the parties.

DATED: November 19, 2018

> Respectfully submitted,
>
> By: /s/ Jesse R. Binnall
> Jesse R. Binnall
> Harvey & Binnall, PLLC
> 717 King Street, Suite 300
> Alexandria, Virginia 22314
> Telephone: (703) 888-1943
> Facsimile: (703) 888-1930
> jbinnall@harveybinnall.com
>
> Matthew G. Monforton
> (Montana Bar # 5245)
> Monforton Law Offices, PLLC
> 32 Kelly Court
> Bozeman, Montana 59718
> Telephone: (406) 570-2949
> Facsimile: (406) 551-6919
> matthewmonforton@yahoo.com

## **CERTICATE OF SERVICE**

I hereby certify that on November 19, 2018 I filed the foregoing using the Clerk's CM/ECF system, which will provide notice to all counsel of record.


By:/s/ Jesse R. Binnall
    Jesse R. Binnall
    Harvey & Binnall, PLLC
    717 King Street, Suite 300
    Alexandria, Virginia 22314
    Telephone: (703) 888-1943
    Facsimile: (703) 888-1930
    jbinnall@harveybinnall.com