FILED

1/30/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| ERIK POWELL,<br><br>            Plaintiff,<br><br>vs.<br><br>MONTANA STATE UNIVERSITY, DR. ROBERT MOKWA, and JYL SHAFFER, employees of Montana State University, sued in their official capacity,<br><br>            Defendants. | No. CV 17-15-BU-SEH<br><br>**ORDER** |

On January 28, 2019, the parties filed a joint Stipulation for Non-Jury Trial[1] stating "[t]he parties . . . through counsel, jointly stipulate that the remaining issues of fact in the above-captioned matter be tried to the Court sitting without a jury."[2]

ORDERED:

1.    The stipulation of counsel is accepted and is adopted on the order of the Court.

---

[1] Doc. 139.

[2] Doc. 139.

2. The court will conduct a status conference with counsel at 10:00 a.m. on Wednesday, February 13, 2019, **at the Paul G. Hatfield Courthouse, Helena, Montana**, to address, agree upon, and establish a schedule for: (1) the time required for trial; (2) pretrial submissions of proposed findings of fact and conclusions of law; (3) pretrial submission of trial briefs; (4) submission of supplemental proposed findings of fact and conclusions of law post-trial, if appropriate; (5) submission of post trial briefs, if appropriate; (6) setting of a date for trial of the case before the Court; and (7) setting of the location for trial.

Upon further stipulation and agreement of the parties, the Court will consider conducting the status conference by telephone conference.

DATED this 30th day of January, 2019.

SAM E. HADDON
United States District Judge