FILED
2/5/2019
Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| ERIK POWELL, <br><br> Plaintiff, <br><br> vs. <br><br> MONTANA STATE UNIVERSITY, DR. ROBERT MOKWA, and JYL SHAFFER, employees of Montana State University, sued in their official capacity, <br><br> Defendants. | No. CV 17-15-BU-SEH <br><br> **ORDER** |

The parties having filed a joint stipulation for the status conference set for February 13, 2019, at 10:00 a.m. to be conducted via telephonic conference call,

ORDERED:

The Court will conduct the status conference set for 10:00 a.m. on February 13, 2019, via telephonic conference call. Counsel shall call 1-858-812-0972 followed by 3000038# before the scheduled time to be connected to the conference.

DATED this 5th day of February, 2019.

SAM E. HADDON
United States District Judge