FILED

3/1/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| ERIK POWELL,<br><br>                Plaintiff,<br><br>vs.<br><br>MONTANA STATE UNIVERSITY, DR. ROBERT MOKWA, and JYL SHAFFER, employees of Montana State University, sued in their official capacity,<br><br>                Defendants. | No. CV 17-15-BU-SEH<br><br>**ORDER** |

The Court has been informed that this case has been settled.

ORDERED:

1. The trial set for March 25, 2019, and all deadlines in the Court's Order of February 14, 2019,[1] are VACATED.

---

[1] Doc. 169.

2. The parties shall file a stipulation for dismissal and proposed order of dismissal within 30 days of the date of this Order.

DATED this 1st day of March, 2019.

SAM E. HADDON
United States District Judge

2