IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ERIK POWELL,<br><br>Plaintiff,<br><br>-vs-<br><br>MONTANA STATE UNIVERSITY, DR. ROBERT MOKWA, and JYL SHAFFER, employees of Montana State University, sued in their official capacity,<br><br>Defendants. | Cause No. CV 17-15-BU-SEH<br><br>**ORDER** |

The Joint Motion for Ten Day Extension to File Dismissal (Doc. 175) is GRANTED. The parties may have to and including April 10, 2019, to file a stipulation for dismissal and proposed order of dismissal.

**DATED** this 28th day of March, 2019.

/s/ Sam E. Haddon
SAM E. HADDON
UNITED STATES DISTRICT JUDGE