W. Anderson Forsythe
Adam Warren
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Andy.Forsythe@moultonbellingham.com
Adam.Warren@moultonbellingham.com

    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ERIK POWELL,<br><br>                Plaintiff,<br><br>  -vs-<br><br>MONTANA STATE UNIVERSITY, DR. ROBERT MOKWA, and JYL SHAFFER, employees of Montana State University, sued in their official capacity,<br><br>                Defendants. | Cause No. CV 17-15-BU-SEH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED**, by and between the parties to the above-captioned case, through counsel, that the same be dismissed, with

prejudice, as fully and finally compromised.  Each party to bear its own costs and attorneys' fees.

**DATED** this 10th day of April, 2019.

                        HARVEY & BINNALL, PLLC

                        By:__/s/ Jesse R. Binnall_____
                            JESSE R. BINNALL
                            LINDSAY McKASSON
                            717 King Street, Suite 300
                            Alexandria, Virginia 22314

                        and

                            Matthew G. Monforton
                            Monforton Law Offices, PLLC
                            32 Kelly Court
                            Bozeman, Montana 59718

                            ATTORNEYS FOR PLAINTIFF

                        MOULTON BELLINGHAM PC

                        By:__/s/ W. Anderson Forsythe_____
                            W. ANDERSON FORSYTHE
                            ADAM WARREN
                            27 North 27th Street, Suite 1900
                            P.O. Box 2559
                            Billings, Montana 59103-2559
                            ATTORNEYS FOR DEFENDANTS