IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED
4/10/2019
Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| ERIK POWELL,<br><br>  Plaintiff,<br><br>vs.<br><br>MONTANA STATE UNIVERSITY, DR. ROBERT MOKWA, and JYL SHAFFER, employees of Montana State University, sued in their official capacity,<br><br>  Defendants. | No. CV 17-15-BU-SEH<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal with Prejudice,[1]

ORDERED:

This case is DISMISSED on the merits, with prejudice, as fully and finally compromised, each party to bear its own costs and attorneys' fees.

DATED this 10th day of April, 2019.

SAM E. HADDON
United States District Judge

---

[1] Doc. 178.